DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

EMERSON D. WARE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-1297

_____

September 15, 2021

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Manatee County; Lon Arend, Judge.

Emerson D. Ware, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, VILLANTI, and ROTHSTEIN-YOUAKIM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.